IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CR 515-1 |
| | ) | |
| MUYI SHOGBUYI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On October 6, 2016 the Clerk's Office received a letter from defendant Muyi Shogbuyi ("Shogbuyi") addressed to the attention of the this Court -- but instead of delivering the letter or a photocopy to this Court's chambers, someone in the Clerk's Office simply docketed it as a motion (Dkt. No. 213). As a result this Court learned of Shogbuyi's communication only as a result of its periodic printout of a list of motions pending in cases assigned to its calendar. Its review of the request contained in Shogbuyi's letter prompted a look at the statutes and rules that authorize the preparation and the provision to litigants of court transcripts, and that has revealed nothing that allows for such provision in the circumstances described by Shogbuyi.

In that respect Shogbuyi's trial, sentencing and conviction took place some years ago, no appeal was taken and what is now involved is an entirely separate proceeding for his possible deportation from the United States. It might perhaps be added that this Court is not at all clear as to how the trial transcript could pass light on the questions with which Shogbuyi is now dealing -- but this Court should not be misunderstood as having denied his motion on that ground. Instead the Dkt. No. 213 motion is denied as unauthorized by law.

_____
Milton I. Shadur
Date: October 25, 2016    Senior United States District Judge