IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CR 515-1 |
| | ) | |
| **MUYI SHOGBUYI**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM

Muyi Shogbuyi ("Shogbuyi") has filed a self-prepared "Motion to request for Jury Instruction And the Blank Jury Form" [Dkt. No. 216], in which he requests that copies of those documents be provided to him for what he describes as his "defense" to removal proceedings in which he is now involved. This Court has caused its staff to determine whether such documents are available in the court file, and it has been advised that neither the jury instructions given at trial nor a blank jury form are or is part of the documentation on file in Shogbuyi's underlying criminal case. Accordingly his request cannot be accommodated.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 8, 2016